UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A.,

    Plaintiff,

v.

    Civil No. 2:24-cv-13079
    Hon. Matthew F. Leitman

LELAND DUDEK, ACTING
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

**IT IS ORDERED AND ADJUDGED** that the case is **REMANDED** to the Commissioner of Social Security for further proceedings in accordance with that order.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated:  April 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126